UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**JHON JAIRO ARANGO**

V.                                           **CIVIL ACTION NO. 00-10224-RCL**

**UNITED STATES**

### ORDER OF DISMISSAL

YOUNG, D.J.

    Pursuant to this Court's Memorandum and Order dated June 17, 2009; it is hereby ORDERED:

    The Motion to Vacate, Set Aside or Correct a Sentence is DENIED, and the case is hereby DISMISSED.

|  |  |
|---|---|
| June 22, 2009 | /s/ Lisa M. Hourihan<br>--------------------------<br>Deputy Clerk |